No. 603. MILLER ET AL. *v.* TAKE ET AL. March 12, 1930. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. A. J. Biddison* for petitioners. No appearance for respondents.

No. 606. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. *v.* GAREDPY. March 12, 1930. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. F. W. Root, A. C. Erdall,* and *O. W. Dynes* for petitioner. *Mr. Frederick M. Miner* for respondent.

No. 608. BINGHAM *v.* COMMISSIONER OF INTERNAL REVENUE. March 12, 1930. Petition for writ of cer-. tiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert N. Miller* and *J. Robert Sherrod* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Morton Poe Fisher,* and *Clarence M. Charest* for respondent.

No. 609. FEDERMAN *v.* UNITED STATES. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph G. M. Browne* and *Solon J. Carter* for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for the United States.

No. 612. CITY OF NEW YORK *v.* FEDERAL RADIO COMMISSION. March 12, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied.